| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | ARMANDO MENDEZ-RIVERA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00025 AWI-DLB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; |
| v. | ) ORDER |
| | ) |
| ARMANDO MENDEZ-RIVERA, | ) Date: April 9, 2012 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Armando Mendez-Rivera, that the hearing currently set for April 2, 2012 at 10:00 a.m., **may be rescheduled to April 9, 2012 at 10:00 a.m.**

The parties have not received the Presentence Investigation Report from probation and the parties agree that additional time is needed for further investigation and discussion. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(1)(A); 3161(h)(1)(F); 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), and that good cause exists, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: March 21, 2012  /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: March 21, 2012  /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
Armando Mendez-Rivera

**ORDER**

IT IS SO ORDERED.

Dated: March 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE